**EFL PARTNERS V, L.P. and EFL Partners X, L.P., Petitioners**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA, Respondent.**

Supreme Court of Pennsylvania.

Oct. 1, 2014.

### ORDER

PER CURIAM.

AND NOW, this 1st day of October, 2014, the Emergency Application for Extraordinary Relief in the Nature of a Writ of Prohibition is DENIED.